IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 NOV 21  AM 11: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | No. 01-20273 |
| JERRY NORFLEET, | |
| Defendant. | |

### ORDER ON MOTION TO STAY RE-SENTENCING HEARING

Before this Honorable Court is Defendant's Motion to Stay Re-Sentencing Hearing currently set on November 29, 2005 at 9:00 a.m.. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request to stay the re-sentencing in this cause is continued to March 22, 2006 at 9:00 a.m.

Entered this the ___10___ day of ___Nov.___, 2005.

_____
United States District Court Judge
The Honorable Jon Phipps McCalla

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-21-05

3



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 189 in case 2:01-CR-20273 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT